406 A.2d 749

**ESTATE OF Morris ABRAMOVITZ, Deceased.**

**Appeal of Harry ABRAMOVITZ, Son.**

Supreme Court of Pennsylvania.

Argued Sept. 20, 1979.

Decided Oct. 23, 1979.

Harold Gondelman, Gondelman, Baxter, Mansmann & McVerry, Pittsburgh, for appellant.

Stanley W. Greenfield, Pittsburgh, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

OPINION

PER CURIAM:

Decree affirmed. Each side to pay own costs.